IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   No.  CR.S-03-0042 FCD

      Plaintiff,

                              ORDER RE DISCOVERY

   v.

SHANGO JAJA GREER, et al.,

      Defendants.

_____/

On May 16, 2005, this matter came before the undersigned for hearing on: (1) defendant Oscar Gonzales' motion for an order setting dates for the government to provide unredacted discovery and to modify the court's November 24, 2004, discovery order regarding discovery of experts and Fed. R. Evid. 404(b) material; (2) defendant Louis Walker's motion for discovery and leave to file further motions; and (3) defendant Oscar Gonzales' motion for a bill of particulars. Attorney John Philipsborn appeared on behalf of defendant Oscar Gonzales; attorneys Richard Mazer and Peter Kmeto appeared on behalf of defendant Shango Greer; attorney Jesse Rivera appeared on behalf of

1 defendant Charles White; attorney Robert Peters appeared specially for
2 attorney Fred Dawson on behalf of defendant Elliot Cole; attorneys
3 Robert Peters and Jan Karowsky appeared on behalf of defendant Jason
4 Walker; and attorney Kathryn Kohlman Druliner appeared on behalf of
5 defendant Louis Walker.  Assistant United States Attorneys R. Steven
6 Lapham, Kenneth Melikian and Philip Ferrari appeared on behalf of the
7 government.

8       At the hearing, the parties agreed to continue the hearing
9 date on the motion for a bill of particulars.[1]  With respect to other
10 motions argued that day the court issued rulings from the bench with
11 all counsel agreeing that the terms of the order were understood and
12 that the oral rulings were sufficient.  Nonetheless, the court
13 indicated that a summary order would be issued.  It has come to the
14 court's attention, however, that the summary order was never filed.
15 Accordingly, for the reasons set forth in detail on the record at the
16 hearing, the defendants' discovery motions are granted in part.

17       IT IS SO ORDERED.
18 DATED: September 29, 2005.

                                  _____
                                  DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE

22 DAD:lg
   greer.2ddiscorder

---

[1] The hearing on that motion has subsequently been continued by stipulation and order and is currently scheduled for October 12, 2005, at 11:30 a.m. before the undersigned.

2