```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  R. STEVEN LAPHAM
    KENNETH J. MELIKIAN
 3  PHILIP A. FERRARI
    Assistant U.S. Attorneys
 4  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2744
 6
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11
                                    ) CR. No. S-03-042-FCD DAD
12  UNITED STATES OF AMERICA,       )
                                    ) APPLICATION AND ORDER
13             Plaintiff,           ) FOR WRIT OF HABEAS CORPUS
                                    ) AD TESTIFICANDUM
14       v.                         )
                                    )
15  SHANGO JAJA GREER, et al.,      )
                                    )
16                                  )
               Defendants.          )
17  _____
18
         COMES NOW the plaintiff herein by the United States Attorney
19
    and represents and shows:
20
         That there is now confined in California State Prison,
21
    Centinela, 2302 Brown Road, Imperial California 92251, one GLENN
22
    ALEX MILLER, DOB: 06/15/71, CDC Number: T32349, in the custody of
23
    the Warden, Sheriff or Jailor thereof; that said prisoner is a
24
    necessary, material and competent witness in the prosecution of
25
    the above-entitled case, which is set for trial in the United
26
    States District Court at Sacramento, California, on November 14,
27
    2005 at 9:00 a.m., and that in order to secure the attendance of
28
```

1

1  said prisoner it is necessary that a Writ of Habeas Corpus Ad
2  Testificandum be issued commanding said Warden, Sheriff or Jailor
3  to produce said prisoner in said Court, Courtroom #1, Sixteenth
4  Floor, Robert T. Matsui United States Courthouse, 501 "I" Street,
5  Sacramento, California, on November 14, 2005, at 9:00 a.m., in
6  order that said prisoner may respond to and answer such questions
7  as may be propounded to him during the course of the trial of
8  said case.

9       WHEREFORE, your petitioner prays for an order directing the
10 issuance of a Writ of Habeas Corpus Ad Testificandum, out of and
11 under the seal of this Court, commanding said Warden, Sheriff or
12 Jailor to have and produce said prisoner in said United States
13 Courtroom on said date, then and there to respond to and answer
14 such questions as may be propounded to him during the course of
15 the trial of the above-entitled case; and at the termination of
16 said case to return him forthwith to said above-mentioned
17 institution.

18
19 DATED: October 20, 2005           McGREGOR W. SCOTT
                                     United States Attorney
20
21
                                     By:  /s/ Philip A. Ferrari
22                                        PHILIP A. FERRARI
                                          Assistant U.S. Attorney
23
24
25
26
27
28

O R D E R

Upon reading and filing the foregoing application in that behalf; IT IS ORDERED that a Writ of Habeas Corpus Ad Testificandum issue as prayed for herein.

DATED: October 21, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/greer-miller0042.writ

1