McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
KENNETH J. MELIKIAN
PHILIP A. FERRARI
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-03-042-FCD DAD |
| ) | |
| Plaintiff, ) | APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. ) | |
| ) | |
| SHANGO JAJA GREER, et al., ) | |
| ) | |
| Defendants. ) | |

COMES NOW the plaintiff herein by the United States Attorney and represents and shows:

That there is now confined in High Desert State Prison, 475-750 Rice Canyon Road, Susanville, California 96130, one CHARLES EDWARD McCLOUGH, JR., DOB: 01/04/73, CDC Number: T095521, in the custody of the Warden, Sheriff or Jailor thereof; that said prisoner is a necessary, material and competent witness in the prosecution of the above-entitled case, which is set for trial in the United States District Court at Sacramento, California, on November 14, 2005 at 9:00 a.m., and that in order to secure the

1 attendance of said prisoner it is necessary that a Writ of Habeas
2 Corpus Ad Testificandum be issued commanding said Warden, Sheriff
3 or Jailor to produce said prisoner in said Court, Courtroom #1,
4 Sixteenth  Floor, Robert T. Matsui United States Courthouse, 501
5 "I" Street, Sacramento, California, on November 14, 2005, at 9:00
6 a.m., in order that said prisoner may respond to and answer such
7 questions as may be propounded to him during the course of the
8 trial of said case.

9     WHEREFORE, your petitioner prays for an order directing the
10 issuance of a Writ of Habeas Corpus Ad Testificandum, out of and
11 under the seal of this Court, commanding said Warden, Sheriff or
12 Jailor to have and produce said prisoner in said United States
13 Courtroom on said date, then and there to respond to and answer
14 such questions as may be propounded to him during the course of
15 the trial of the above-entitled case; and at the termination of
16 said case to return him forthwith to said above-mentioned
17 institution.

19 DATED: October 20, 2005           McGREGOR W. SCOTT
                                    United States Attorney

                                 By:  /s/ Philip A. Ferrari
                                    PHILIP A. FERRARI
                                    Assistant U.S. Attorney

2

<u>O R D E R</u>

    Upon reading and filing the foregoing application in that behalf; IT IS ORDERED that a Writ of Habeas Corpus Ad Testificandum issue as prayed for herein.

DATED: October 21, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/greer-mcclough0042.writ

1