1   McGREGOR W. SCOTT
    United States Attorney
2   R. STEVEN LAPHAM
    KENNETH J. MELIKIAN
3   PHILIP A. FERRARI
    Assistant U.S. Attorneys
4   501 "I" Street, Suite 10-100
    Sacramento, California 95814
5   Telephone: (916) 554-2744

6

7

8

9                  IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11
                                    )   CR. No. S-03-042-FCD DAD
12  UNITED STATES OF AMERICA,       )
                                    )   AMENDED APPLICATION AND ORDER
13              Plaintiff,          )   FOR WRIT OF HABEAS CORPUS
                                    )   AD TESTIFICANDUM
14       v.                         )
                                    )
15  SHANGO JAJA GREER, et al.,      )
                                    )
16                                  )
                Defendants.         )
17

18
         COMES NOW the plaintiff herein by the United States Attorney
19
    and represents and shows:
20
         That there is now confined in the North Kern State Prison
21
    Reception Center, 2737 West Cecil Avenue, Delano, California
22
    93215, one DERRICK LAMORIS SHIELDS, DOB: 07/21/74, CDC Number:
23
    F00477, in the custody of the Warden, Sheriff or Jailor thereof;
24
    that said prisoner is a necessary, material and competent witness
25
    in the prosecution of the above-entitled case, which is set for
26
    trial in the United States District Court at Sacramento,
27
    California, on November 14, 2005 at 9:00 a.m., and that in order
28

                                    1

1  to secure the attendance of said prisoner it is necessary that a

2  Writ of Habeas Corpus Ad Testificandum be issued commanding said

3  Warden, Sheriff or Jailor to produce said prisoner in said Court,

4  Courtroom #1, Sixteenth  Floor, Robert T. Matsui United States

5  Courthouse, 501 "I" Street, Sacramento, California, on November

6  14, 2005, at 9:00 a.m., in order that said prisoner may respond

7  to and answer such questions as may be propounded to him during

8  the course of the trial of said case.

9       WHEREFORE, your petitioner prays for an order directing the

10  issuance of a Writ of Habeas Corpus Ad Testificandum, out of and

11  under the seal of this Court, commanding said Warden, Sheriff or

12  Jailor to have and produce said prisoner in said United States

13  Courtroom on said date, then and there to respond to and answer

14  such questions as may be propounded to him during the course of

15  the trial of the above-entitled case; and at the termination of

16  said case to return him forthwith to said above-mentioned

17  institution.

18

19  DATED: November 9, 2005              McGREGOR W. SCOTT
                                          United States Attorney

20

21
                                    By:  /s/ Philip A. Ferrari
22                                       PHILIP A. FERRARI
                                         Assistant U.S. Attorney
23

24

25

26

27

28

2

1

O R D E R

2

      Upon reading and filing the foregoing application in that

3

behalf; IT IS ORDERED that a Writ of Habeas Corpus Ad

4

Testificandum issue as prayed for herein.

5

DATED: November 10, 2005.

6

7

_____
DALE A. DRCZD
UNITED STATES MAGISTRATE JUDGE

8

9

10  Ddad1/orders.criminal/greer-shields0042.writ(2)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1