McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
KENNETH J. MELIKIAN
PHILIP A. FERRARI
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-03-042-FCD |
| ) | |
| Plaintiff, ) | APPLICATION AND ORDER |
| ) | FOR WRIT OF HABEAS CORPUS |
| v. ) | AD TESTIFICANDUM |
| ) | |
| SHANGO JAJA GREER, et al., ) | |
| ) | |
| Defendants. ) | |

COMES NOW the plaintiff herein by the United States Attorney and represents and shows:

That there is now confined in the Solano County Jail, 500 Union Avenue, Fairfield, California 94533, one PHILLIP MICHAEL GOMEZ, DOB: 01/05/83, Booking No. 05-15841, in the custody of the Warden, Sheriff or Jailor thereof; that said prisoner is a necessary, material and competent witness in the prosecution of the above-entitled case, which is currently on trial in the United States District Court at Sacramento, California, and that in order to secure the attendance of said prisoner it is

1

necessary that a Writ of Habeas Corpus Ad Testificandum be issued commanding said Warden, Sheriff or Jailor to produce said prisoner to the custody of the United States Marshal, or other authorized Federal Agents, so that they may deliver the prisoner to Courtroom #1, Sixteenth Floor, Robert T. Matsui United States Courthouse, 501 "I" Street, Sacramento, California, forthwith and for the duration of the trial of the above-entitled case, in order that said prisoner may respond to and answer such questions as may be propounded to him during the course of said trial.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Testificandum, out of and under the seal of this Court, commanding said Warden, Sheriff or Jailor to have and produce said prisoner forthwith and for the duration of said trial to the custody of the United States Marshal, or other authorized Federal Agents, so that they may deliver the prisoner to said Court, then and there to respond to and answer such questions as may be propounded to him during the course of the trial; and at the termination of said case to return him forthwith to said above-mentioned institution.


DATED: December 14, 2005            McGREGOR W. SCOTT
                                    United States Attorney


                              By: /s/ Philip A. Ferrari
                                    PHILIP A. FERRARI
                                    Assistant U.S. Attorney

2

<u>O R D E R</u>

    Upon reading and filing the foregoing application in that behalf; IT IS ORDERED that a Writ of Habeas Corpus Ad Testificandum issue as prayed for herein.

DATED:  December 15, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1