KATHRYN KOHLMAN DRULINER     (SBN 148913)
**LAW OFFICES OF KATHRYN KOHLMAN DRULINER**
916 2nd Street
Sacramento, CA   95814
Telephone:   (916) 447-1965

Attorney for Defendant Louis Walker

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>    vs.<br><br>Louis Walker,<br><br>         Defendant | No. CR-S-03-0042 FCD<br>STIPULATION AND ORDER THEREON<br><br>DATE:  November 19, 2007<br><br>Time: 10:00am<br><br>Hon. Frank C. Damrell, Jr |

It is hereby stipulated between counsel for the government and defendant that the SENTENCING HEARING ON THE VIOLATION OF SUPERVISED RELEASE in the above captioned matter, presently scheduled for November 19, 2007 maybe continued to December 10, 2007 at 10:00 a.m. This continuance is necessary to allow the defendant's counsel to appear as she is in trial in Auburn.

DATE: November 16, 2007                                    /s/
                                                   Kathryn Kohlman Druliner
                                                    Attorney for Defendant


DATE: November 16, 2007                                    /s/
                                                       Philip Ferrari
                                                    United States Attorney


    IT IS SO ORDERED

DATED: November 19, 2007


_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE